**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No.: 2:22-cv-01405-TLN-CKD |
| Plaintiff/Counter-Defendant, | |
| vs. | **STIPULATION AND ORDER FOR ENTRY OF PROTECTIVE ORDER** |
| JOHN DOE subscriber assigned IP address 98.56.157.74, | |
| Defendant/Counter-Plaintiff. | |

Pursuant to Local Civil Rule 141.1(b), Plaintiff/Counter-Defendant Strike 3 Holdings, LLC ("Plaintiff") and Defendant/Counter-Plaintiff John Doe subscriber assigned IP address 98.56.157.74 ("Defendant"), hereby stipulate and agree to the entry of the following civil protective order:

1. Defendant hereby waives only the Confidentiality provision of the Settlement Agreement and consents to Plaintiff filing an unredacted version of the Settlement Agreement on the public docket.

2. Plaintiff shall file an unredacted version of its Motion to Dismiss Counterclaim [D.E. 17], on the public docket, within 10 days of the entry of this Stipulated Order.  This filing shall not affect the timeliness of Plaintiff's Motion to Dismiss Counterclaim or any deadlines.

3. Plaintiff shall file a less-redacted version of its Motion for Leave to File Second Amended Complaint, [D.E. 16] (with redactions made only to remove Defendant's true name and address), on the public docket, within 10 days of the entry of this Stipulated Order.  This filing shall not affect the timeliness of Plaintiff's Motion to File Second Amended Complaint or any deadlines.

4. Plaintiff shall file an unredacted version of its Motion for Leave to File Second Amended Complaint, [D.E. 16], under seal, within 10 days of the entry of this Stipulated Order.  This filing shall not affect the timeliness of Plaintiff's Motion to File Second Amended Complaint or any deadlines.

5. Until further order of the Court, the parties shall redact Defendant's true name and address from all public filings in this matter, and the filing party shall file unredacted versions of any such document, under seal, within 10 days of the date that party makes a redacted filing.

Dated: April 18, 2023                                                  Respectfully submitted,

By:  /s/ Lincoln Bandlow
Lincoln Bandlow, Esq.
Law Offices of Lincoln Bandlow, P.C.
*Attorney for Plaintiff/Counter-Defendant Strike 3 Holdings, LLC*

By:  /s/ J. Curtis Edmondson
J. Curtis Edmondson, Esq.
Edmondson IP Law
*Attorney for Defendant/Counter-Plaintiff John Doe*

By:  /s/ Frear Stephen Schmidt
Frear Stephen Schmidt, Esq.
*Attorney for Defendant/Counter-Plaintiff John Doe*

**IT IS SO ORDERED**

Dated:  April 20, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,stri.1405