UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.56.157.74,<br><br>    Defendant/Counter-Plaintiff | Case No.: 2:22-cv-01405-TLN-CKD<br><br>**ORDER ON PLAINTIFF'S REQUEST TO SEAL AN UNREDACTED VERSION OF ITS SECOND AMENDED COMPLAINT** |

Plaintiff filed a Request to Seal An Unredacted Version of its Second Amended Complaint ("Request") on April 25, 2023.  (ECF No. 24.)  Plaintiff's Request is GRANTED.

**ORDER**

It is HEREBY ORDERED that:

Plaintiff's Request is GRANTED.  Pursuant to Local Rule 141, the clerk of the Court shall file the unredacted version of Plaintiff's Second Amended Complaint under seal unless and until the Court orders otherwise.

Dated:  April 27, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,stri.1405

1